# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Amon, Carol B. | U.S. District Court, E.D.N.Y. | 07/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Room 9085
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed attorney - law partnership distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Her Honor, Inc. | 2/15/15 - 2/20/15 | Los Angeles, California | Business | Transportation, lodging and food |
| 2. | Pepperdine University School of Law | 3/12 /15 - 3/13/15 | Malibu, California | Lecturer | Transportation, lodging and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | New York Intellectual Property Law Association | Dinner - 3/27/15 | $500.00 |
| 2. | Federal Bar Council | Law Day Dinner - 5/5/15 | $500.00 |
| 3. | Nassau County Bar Association | Dinner - 5/9/15 | $500.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Passumpic Bank | Mortgage of rental property - Newport (Part VII (Line 16) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   RA Accts Citibank, B'klyn, NY FidelityAd.DynamicCapAppFud | B | Dividend | K | T | | | | | |
| 2.   Law Partnership, Cap Acct. | | None | M | T | | | | | |
| 3.   Thomas G. Amon Pension Plan | A | Interest | J | T | | | | | |
| 4.   Thomas G. Amon PrfShr Plan | A | Interest | J | T | | | | | |
| 5.   Citibank N.A., Money Market | B | Interest | M | T | | | | | |
| 6.   Fidelity ContraFund II | A | Dividend | J | T | | | | | |
| 7.   Fidelity Independence Fund | A | Dividend | J | T | | | | | |
| 8.   Aim/Dynamics FD Class B (Name change Invesco/Aim) | A | Dividend | J | T | | | | | |
| 9.   Fidelity Ad. Equity Growth | A | Dividend | K | T | | | | | |
| 10.   Fidelty Ad. Tech Fund | A | Dividend | J | T | | | | | |
| 11.   Legg Mason Partners Financial Services Fund B | A | Dividend | J | T | | | | | |
| 12.   Legg Mason Partners Large Cap Value Fund N | A | Dividend | J | T | | | | | |
| 13.   MFS Moderate Allocation | B | Dividend | M | T | | | | | |
| 14.   Chase Select Checking | A | Interest | J | T | | | | | |
| 15.   Encore Networks, Inc. (See VIII) | | None | M | T | | | | | |
| 16.   Rental Property Newport, VT (See VIII) | D | Rent | M | R | | | | | |
| 17.   AXA Equitable Variable Life Policy (See VIII) | B | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aim Technology | A | Dividend | J | T | | | | | |
| 19. Sonic Mountain, Inc. | | None | K | U | | | | | |
| 20. Citibank CD | A | Interest | J | T | | | | | |
| 21. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 22. Spoleto Corp. (See VIII) | C | Interest | M | T | | | | | |
| 23. Pimco Total Return Fund (Bonds) | C | Interest | M | T | | | | | |
| 24. Franklin Rising Dividends FD Class A | A | Dividend | L | T | | | | | |
| 25. JP Morgan Chase Brokerage Account # 1 Header (See VIII) | | | | | | | | | |
| 26. -Altria | A | Dividend | J | T | Sold (part) | 07/13/15 | J | A | |
| 27. -Exxon Mobil | A | Dividend | | | Sold | 02/25/15 | J | A | |
| 28. -CMS Energy | A | Dividend | | | Sold | 02/17/15 | J | A | |
| 29. -MetLife | A | Dividend | J | T | Buy | 08/19/15 | J | | |
| 30. -Xcel Energy | A | Dividend | J | T | Buy | 09/03/15 | J | | |
| 31. -VF Corp. | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 32. -ACE | A | Dividend | J | T | Buy | 07/21/15 | J | | |
| 33. -Kimberly Clark Corp. | | None | J | T | Buy | 09/23/15 | J | | |
| 34. -William Companies | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -3M Co. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 36. -Arthur Gallagher Co. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 37. -Automatic Data Processing, Inc. (previously ADP) | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 38. -Chevron Corp. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 39. -Cincinnati Financial Corp. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 40. -Cinemark Holdings Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 41. -CME Group, Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 42. -Coca-Cola Co. | A | Dividend | J | T | Sold (part) | 07/13/15 | J | A | |
| 43. -Conoco Phillips | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 44. -Cullen Frost | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 45. -Hershey Company | A | Dividend | J | T | Sold (part) | 11/30/15 | J | A | |
| 46. -Home Depot, Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | B | |
| 47. -Johnson & Johnson | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 48. -KLA-Tencor Corp. | A | Distribution | J | T | Sold (part) | 02/17/15 | J | A | |
| 49. -L Brands Inc. (previously Limited Brands Inc.) | A | Distribution | J | T | Sold (part) | 02/17/15 | J | A | |
| 50. -M&T Bank Corp. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 51. -Merck & Co. Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Microsoft Corp. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 53. -Mondelez Int'l | A | Dividend | J | T | Sold (part) | 01/29/15 | J | A | |
| 54. -Nisource Services Inc. (previously Nsource) | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 55. -Pfizer Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 56. -Phillip Morris Int'l | A | Dividend | J | T | | | | | |
| 57. -PPG Industries, Inc. | A | Dividend | J | T | Sold (part) | 07/13/15 | J | A | |
| 58. -Proctor & Gamble Co. | A | Dividend | J | T | Sold (part) | 02/13/15 | J | A | |
| 59. -Sempra Energy | A | Dividend | J | T | Sold | 02/17/15 | J | A | |
| 60. -Snap On Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 61. -T. Rowe Price Group Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 62. -The Travelers Companies Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 63. -Time Warner Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 64. -Time Warner Cable Inc. | A | Dividend | J | T | Sold | 02/17/15 | J | A | |
| 65. -Validus Holdings Ltd. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 66. -Verizon Communications | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 67. -Williams Sonoma Inc. | A | Dividend | J | T | Sold (part) | 01/22/15 | J | A | |
| 68. -Wells Fargo & Co. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Texas Instruments | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 70. -Johnson & Johnson | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 71. -Abbvie, Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 72. -Fidelity Nat'l Information | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 73. -Occidental Petroleum | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 74. -Edison Int'l | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 75. -PNC Fin. Services Inc. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 76. -Bristol Meyers Squibb | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 77. -Illinois Tool Works | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 78. -DTE Energy Co. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 79. -Accenture PLC | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 80. -OmniCom Group Inc. | A | Dividend | J | T | Sold | 02/17/15 | J | A | |
| 81. -Air Products & Chemicals, Inc. | | None | J | T | | | | | |
| 82. -Analog Devices | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 83. -BB&T Corp. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 84. -Marathon Petroleum | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |
| 85. -Northern Trust Corp. | A | Dividend | J | T | Sold (part) | 02/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Gap, Inc. | A | Dividend | J | T | Sold | 05/08/15 | J | A | |
| 87. -US Bancorp Del. | A | Dividend | J | T | Sold (part) | 07/13/15 | J | A | |
| 88. -Comcast Corporation | A | Dividend | J | T | Buy | 06/09/15 | J | | |
| 89. -Comcast Corporation | | | | | Sold (part) | 07/13/15 | J | A | |
| 90. -Dr. Pepper Snapple Group | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 91. -Dr. Pepper Snapple Group | | | | | Sold (part) | 11/12/15 | J | A | |
| 92. -Honeywell Int'l | A | Dividend | J | T | Buy | 02/17/15 | J | | |
| 93. -Honeywell Int'l | | | | | Sold (part) | 07/13/15 | J | A | |
| 94. -Eli Lilly | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 95. -Eli Lilly | | | | | Sold (part) | 07/13/15 | J | A | |
| 96. -Columbia Pipeline | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 97. -Columbia Pipeline | | | | | Sold (part) | 07/13/15 | J | A | |
| 98. JP Morgan Chase Brokerage Account # 2 Header (See VIII) (TGA) | | | | | | | | | |
| 99. -Conoco | A | Dividend | J | T | Buy | 10/16/15 | J | | |
| 100. -Lukoil | A | Dividend | | | Sold | 01/23/15 | J | A | |
| 101. -United Overseas Bank Ltd | A | Dividend | J | T | | | | | |
| 102. -Astrazeneca | A | Dividend | J | T | Buy | 12/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Roche Holdings | A | Dividend | J | T | Buy | 02/05/15 | J | | |
| 104. -Smiths Group PLC | A | Dividend | J | T | | | | | |
| 105. -Bayer A.G | A | Dividend | J | T | | | | | |
| 106. -BHP Ltd | A | Dividend | J | T | | | | | |
| 107. -Indivior PLC | A | Dividend | | | Sold | 03/25/15 | J | A | |
| 108. -BNP Paribas | A | Dividend | J | T | | | | | |
| 109. -BOCHong Kong Holdings | A | Dividend | J | T | | | | | |
| 110. -British American Tobacco | A | Dividend | J | T | Sold (part) | 04/24/15 | J | A | |
| 111. -Deutsche Telecom | A | Dividend | J | T | Sold (part) | 05/05/15 | J | A | |
| 112. -Deutsche Post | A | Dividend | J | T | Sold (part) | 12/10/15 | J | A | |
| 113. -GDF Suez (Named changed to Engie) | A | Dividend | J | T | Sold (part) | 11/05/15 | J | A | |
| 114. -Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 115. -Imperial Tobacco | A | Dividend | J | T | Sold (part) | 11/05/15 | J | A | |
| 116. -Japan Tobacco | A | Dividend | J | T | | | | | |
| 117. -JPM Tax Free | A | Dividend | J | T | | | | | |
| 118. -Kirin Holdings | A | Dividend | | | Sold | 02/27/15 | J | A | |
| 119. -MTN Group Ltd | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Muenchener Rueck | A | Dividend | J | T | | | | | |
| 121.  -Nestles SA | A | Dividend | J | T | Sold (part) | 11/05/15 | J | A | |
| 122.  -Nippon Tel. | A | Dividend | J | T | Sold (part) | 07/27/15 | J | A | |
| 123.  -Novartis | A | Dividend | J | T | | | | | |
| 124.  -Orkla ASA | A | Dividend | J | T | Sold (part) | 05/08/15 | J | A | |
| 125.  -Reckitt Benckiser Gr. | | None | | | Sold | 03/25/15 | J | A | |
| 126.  -Rexam Holdings LP | A | Dividend | J | T | | | | | |
| 127.  -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 128.  -Sanofi | A | Dividend | J | T | | | | | |
| 129.  -Siemans Ag. | A | Dividend | J | T | | | | | |
| 130.  -Singapore Telecom | A | Dividend | J | T | Sold (part) | 04/20/15 | J | A | |
| 131.  -SSE PLC | A | Dividend | J | T | Sold (part) | 03/05/15 | J | A | |
| 132.  -Statoil ASA | A | Dividend | | | Sold | 02/03/15 | J | A | |
| 133.  -PT Telekomunikasi Ind | A | Dividend | J | T | Sold (part) | 01/15/15 | J | A | |
| 134.  -Total SA | A | Dividend | J | T | | | | | |
| 135.  -Unilever NV | A | Dividend | J | T | | | | | |
| 136.  -Vodafone Group, PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Zurich Ins. Group | A | Dividend | | | Sold | 02/02/15 | J | A | |
| 138. -Honda Motors | A | Dividend | J | T | Buy | 03/02/15 | J | | |
| 139. -UBS Group | A | Dividend | J | T | Buy | 03/02/15 | J | | |
| 140. -BCE Inc. | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 141. -BAE Systems | A | Dividend | J | T | Buy | 04/24/15 | J | | |
| 142. -ABB Ltd | | None | | | Sold (part) | 01/29/15 | J | A | |
| 143. -ABB Ltd | A | Dividend | J | T | Buy | 11/04/15 | J | | |
| 144. -Michelin | A | Dividend | J | T | Buy | 04/28/15 | J | | |
| 145. -Manulife Financial Corp. | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 146. -Allianz - SE | | None | J | T | Buy | 11/16/15 | J | | |
| 147. JP Morgan Chase Brokerage Account # 3 Header (See VIII) (CBA) | | | | | | | | | |
| 148. -Wisconsin Energy | A | Dividend | J | T | | | | | |
| 149. -Int'l Paper | A | Dividend | J | T | | | | | |
| 150. -E. I. DuPont | A | Dividend | J | T | | | | | |
| 151. -Anheuser Busch | | None | J | T | Sold (part) | 01/20/15 | J | A | |
| 152. -Nestles SA (Sponsored ADR) | | None | J | T | Buy | 02/09/15 | J | | |
| 153. -Weyerheuser (Sponsored ADR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Schlumberger | A | Dividend | J | T | | | | | |
| 155. -Walmart Stores | A | Dividend | J | T | | | | | |
| 156. -Waste Management | A | Dividend | J | T | | | | | |
| 157. -The Travelers Cos. | A | Dividend | J | T | | | | | |
| 158. -Union Pacific | A | Dividend | J | T | | | | | |
| 159. -United Tech. | A | Dividend | | | Sold | 01/02/15 | J | A | |
| 160. -United Health | A | Dividend | J | T | | | | | |
| 161. -Verizon Com. | A | Dividend | J | T | | | | | |
| 162. -Spectra Energy | A | Dividend | J | T | | | | | |
| 163. -Texas Instruments | A | Dividend | J | T | | | | | |
| 164. -Time Warner Inc. | A | Dividend | J | T | | | | | |
| 165. -PepsiCo, Inc. | A | Dividend | J | T | Buy | 01/29/15 | J | | |
| 166. -Praxair Inc. | A | Dividend | J | T | | | | | |
| 167. -Proctor & Gamble | A | Dividend | J | T | Sold (part) | 01/26/15 | J | A | |
| 168. -Qualcom | A | Dividend | J | T | | | | | |
| 169. -Raytheon | A | Dividend | J | T | Sold (part) | 01/29/15 | J | A | |
| 170. -MetLife (Whole Life) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Microsoft | A | Dividend | J | T | Buy | 01/29/15 | J | | |
| 172. -Nextera | A | Dividend | J | T | | | | | |
| 173. -Oracle | A | Dividend | J | T | | | | | |
| 174. -PPG Industries | A | Dividend | J | T | | | | | |
| 175. -Home Depot | A | Dividend | J | T | | | | | |
| 176. -Intel Co. | A | Dividend | J | T | | | | | |
| 177. -Johnson & Johnson | A | Dividend | J | T | Buy | 02/06/15 | J | | |
| 178. -Kimberly Clark | A | Dividend | J | T | Sold (part) | 01/27/15 | J | A | |
| 179. -Merck & Co. | A | Dividend | J | T | | | | | |
| 180. -Comcast Corp. | A | Dividend | J | T | | | | | |
| 181. -Costco | A | Dividend | J | T | Buy | 02/23/15 | J | | |
| 182. -Ecolab Inc. | A | Dividend | J | T | | | | | |
| 183. -Exxon Mobil | A | Dividend | J | T | | | | | |
| 184. -General Electric | A | Dividend | J | T | | | | | |
| 185. -American Tower Corp. | A | Dividend | J | T | | | | | |
| 186. -Amgen Inc. | A | Dividend | J | T | Sold (part) | 01/08/15 | J | A | |
| 187. -Chevron | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -American Express Company | A | Dividend | J | T | | | | | |
| 189. -Apple Inc. | A | Dividend | J | T | Buy | 02/23/15 | J | | |
| 190. -Automatic Data Processing Inc. (previously ADP) | A | Dividend | J | T | | | | | |
| 191. -Bank New York Mellon Corp. | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 192. -C H Robinson Worldwide Inc. | A | Dividend | J | T | Buy | 02/04/15 | J | | |
| 193. -Coca Cola Company | A | Dividend | J | T | Buy | 05/07/15 | J | | |
| 194. -Walt Disney Co. | A | Dividend | J | T | | | | | |
| 195. -Eaton Corporation PLC | | None | J | T | | | | | |
| 196. -Occidental Pet. Corp. | A | Dividend | J | T | | | | | |
| 197. -3M Company | A | Dividend | J | T | | | | | |
| 198. -United Parcel Service Inc. | A | Dividend | J | T | | | | | |
| 199. -WEC Energy Group Inc. | A | Dividend | J | T | | | | | |
| 200. -Chemours Company | A | Dividend | J | T | | | | | |
| 201. JP Morgan Advisory Account # 4 Header (CBA) | | | | | | | | | |
| 202. -Invesco Asia Pacific Growth | A | Dividend | J | T | Buy | 01/29/15 | J | | |
| 203. -Double Line FDS | A | Dividend | J | T | Buy | 01/29/15 | J | | |
| 204. -Ishares Select Div. ETF | A | Dividend | J | T | Buy | 01/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Ishares Russell 2000 ETF | A | Dividend | J | T | Buy | 01/29/15 | J | | |
| 206. -Ishares NY AMT | A | Dividend | J | T | Buy | 01/29/15 | J | | |
| 207. -Ishares IBox | A | Dividend | J | T | Buy | 01/29/15 | J | | |
| 208. -Lord Abbett Short Dun Inc. Fund | A | Dividend | K | S | Buy | 01/29/15 | K | | |
| 209. -Power Shares QQQ Trust | A | Dividend | K | T | Buy | 01/29/15 | K | | |
| 210. -Guggenheim S&P 500 Equal ETF | A | Dividend | K | T | Buy | 01/29/15 | K | | |
| 211. -SPDR Barclays High Yield Bond ETF | A | Dividend | J | T | Buy | 01/29/15 | J | | |
| 212. -Vanguard Total Bond Market | B | Dividend | J | T | Buy | 01/29/15 | J | | |
| 213. -Vanguard S&P 500 ETF | B | Dividend | K | T | Buy | 01/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 07/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII

Item 15 - Market value of vested options lees exercise on 12/31/15.

Item 16 - Rental property located in City of Newport, Chittendon County, Vermont, inherited in 1994. Value at date acquired - $200,000.

Item 17. AXA Equitable Variable Life Insurance Policy - Incentive Legacy III.

Item 22 - Asset Management Company.

Item 25 - Managed Asset Account of Spoleto Corp.

Item 99 - Managed Asset Account. - (TGA)

Item 143 - Managed Asset Account - (CBA)

Item 201 - Advisory Account - (JPMorgan) (CBA)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol B. Amon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544